# United States Court of Appeals
## For the First Circuit

No. 14-1423

UNITED STATES and COMMONWEALTH OF MASSACHUSETTS ex rel. JULIO ESCOBAR and CARMEN CORREA, Administratrix of the Estate of Yarushka Rivera,

Plaintiffs, Appellants,

v.

UNIVERSAL HEALTH SERVICES, INC.,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on March 17, 2015 is amended as follows:

The sentence beginning on page 19, line 12 is modified to read:

> The express and absolute language of the regulation in question, in conjunction with the repeated references to supervision throughout the regulatory scheme, "'constitute dispositive evidence of materiality.'" Hutcheson, 647 F.3d at 394 (quoting SAIC, 626 F.3d at 1269); see 130 Mass. Code Regs. § 429.439 ("Services provided by a satellite program are reimbursable only if the program meets the standards described below.").